# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/09/2022

MY DIRECT DIAL IS:  631-247-4675
MY EMAIL ADDRESS IS:  ADAM.GUTTELL@JACKSONLEWIS.COM

February 3, 2022

**MEMO ENDORSED**

**APPLICATION GRANTED:** Defendant's deadline to respond to the complaint is hereby extended to <u>March 2, 2022</u>. The Initial Case Management Conference scheduled for Wednesday February 23, 2022 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Wednesday, March 30, 2022 at 10:15 a.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

02/09/2022

**VIA ECF**

Magistrate Judge Katharine H. Parker
Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  Tavarez v. Optimum Nutrition, Inc.
     Case No. 1:21-cv-09848-PGG-KHP

Dear Magistrate Judge Parker:

We represent Defendant Optimum Nutrition, Inc. in this matter. We write pursuant to Rule I (C) of Your Honor's Individual Motion Practices and Rules, to respectfully request: (1) Defendant's time to answer or otherwise respond to the Complaint be extended from January 4, 2022 to March 2, 2022 and (2) the parties' next scheduled appearance before the Court on February 23, 2022 be adjourned to March 25, 2022, or an alternative date convenient for the Court. We contacted counsel for Plaintiff on January 31, 2022, February 2, 2022 and February 3, 2022 to obtain their consent before filing our request but we did not receive a response. This is the first request for this extension. The reason for this request is that the undersigned was just engaged to represent Defendant and requires sufficient time to investigate and respond to the allegations in the Complaint.

Thank you for your attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

Adam G. Guttell

cc:  All counsel of record (*via ECF*)