USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/25/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
VICTORIANO TAVAREZ, individually and as the representative of a class of similarly situated persons,

                        Plaintiff,

        -against-

OPTIMUM NUTRITION, INC.,

                        Defendant.
-----------------------------------------------------------------X

21-CV-9848 (PGG) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Voluntary Dismissal filed on February 23, 2022 (doc. no 12) the Initial Case Management Conference currently scheduled for **March 30, 2022** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:    New York, New York
               February 25, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge